IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MIGUEL ANGEL DAZA-RAMOS,**

*Petitioner*,

v.   Civil No.: 1:26-cv-00291-JRR

**VERNON LIGGINS,** *et al.*,

*Respondents*.

## ORDER

Upon consideration of Respondents' Motion for Clarification/Modification of Order at ECF No. 19 (the "Motion"), including Petitioner's non-opposition thereto, and in accordance with Federal Rule of Civil Procedure 60(a), it is this 10th day of February 2026,

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the fourth paragraph of the court's order at ECF No. 18 is **AMENDED** to read as follows:

> **ORDERED** that Petitioner shall receive a bond hearing before an Immigration Judge and/or Immigration Court having jurisdiction or control over Petitioner's detention or having administrative control over Petitioner's immigration or removal case; such hearing shall be conducted pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.1(d), 1003.19, and 1236.1(d), and shall be conducted within 14 days of the filing of a motion by Petitioner with the Immigration Court; the bond hearing shall include a meaningful consideration of the applicable, relevant factors; and further it is

The order at ECF No. 18 otherwise remains in full force and effect.

/S/

_____
Julie R. Rubin
United States District Judge